# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> DA LIQUIDATING CORP., f/k/a DELIVERY AGENT, INC., *et al.*, <br><br> Debtors. | Chapter 7 <br><br> Case No. 16-12051 (LSS) |
| George L. Miller, solely in his capacity as the Chapter 7 Trustee of DA Liquidating Corp., f/k/a Delivery Agent, Inc., *et al*., <br><br> Plaintiff, <br> v. <br><br> MANPOWERGROUP US. INC., <br><br> Defendant. | Adv. Pro. No. 18-50770 (LSS) |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE**
**IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
> 824 Market Street, 3rd Floor
> Wilmington, Delaware 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.
If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

> Ciardi Ciardi & Astin
> Daniel K. Astin (No. 4068)
> John D. McLaughlin, Jr. (No. 4123)
> Joseph J. McMahon, Jr. (No. 4819)
> 1204 N. King Street
> Wilmington, DE 19801

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held on **November 15, 2018** at **11:00 A.M.** at the following location:

> The Honorable Laurie Selber Silverstein
> 824 Market Street, 6th Floor, Courtroom 2
> Wilmington, Delaware 19801

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

Date: October 4, 2018

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*